# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD POLLARD TURNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEWISH, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00287-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE<br><br>(ECF No. 7.)<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

　　　　Plaintiff Clifford Pollard Turner ("Plaintiff") is a Texas state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On February 27, 2023, the Court denied Plaintiff's application to proceed *in forma pauperis* because it was incomplete. (ECF No. 4.) Plaintiff failed to submit a certified copy of his trust account statement and did not have an authorized officer from his institution complete the certificate portion of the form. Plaintiff was directed to file a completed application, including a certified copy of his trust account statement, or to pay the $402.00 filing fee for this action, within thirty days. (*Id.*) Plaintiff filed a renewed motion to proceed *in forma pauperis* on April 3, 2023, (ECF No. 5), and the application was again denied as incomplete, because Plaintiff failed to include a certified copy of his trust account statement for the past six months, (ECF No. 6). Plaintiff was ordered again to file a completed motion to proceed *in forma pauperis*, **including a certified copy of his trust account statement for the past six months**, or pay the filing fee for this action, within thirty days. (ECF No. 6.)

　　　　On April 11, 2023, Plaintiff filed a renewed motion to proceed *in forma pauperis*. (ECF No. 7.) Plaintiff has again failed to include a certified copy of his trust account statement for the

1

past six months. (*Id.*)

The Court will grant Plaintiff a **final opportunity** to either file a motion to proceed *in forma pauperis*, including a certified copy of his trust account statement for the past six months, or to pay the filing fee for this action. If Plaintiff files another application to proceed *in forma pauperis* that does not include a certified copy of his trust account statement for the past six months, he must also include a written explanation of the efforts he has taken to obtain such a statement and why he has been unable to provide one to the Court. **If Plaintiff fails to provide a completed application or an explanation for his failure to do so, this action will be dismissed for failure to prosecute and failure to comply with a Court order**.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 7), is DENIED without prejudice;
2. The Clerk of the Court is directed to serve this order and a blank *in forma pauperis* application for a prisoner on Plaintiff;
3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, **including a certified copy of his trust account statement for the past six months**, or in the alternative, pay the $402.00 filing fee for this action;
4. No extension of time will be granted without a showing of good cause; and
5. **The failure to comply with this order will result in dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated:   **April 12, 2023**                    /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE